# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEPHEN SWISHER,** | : | **CIVIL ACTION NO. 1:17-CV-1916** |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **NANCY A BERRYHILL,** | : | |
| Defendant | : | |

## **ORDER**

AND NOW, this 24th day of April, 2018, upon consideration of the Defendant's Uncontested Motion (Doc. 10) for Remand, it is hereby ORDERED that said motion is GRANTED. This case is remanded to the Deputy Commissioner for further proceedings.

The remand is ORDERED pursuant to the fourth sentence of 42 U.S.C. § 405(g).

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania