## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHEN H. SWISHER, | : | CIVIL ACTION NO. 1:17-CV=1916 |
| | : | |
| Plaintiff | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| NANCY A. BERRYHILL, | : | |
| | : | |
| Defendant | : | |

## <u>ORDER</u>

AND NOW, this 3rd day of July, 2018, upon consideration of Plaintiff's

Motion (Doc. 13) for Attorney's Fees and Defendant's Response, it is hereby,

ORDERED that Plaintiff, Stephen H. Swisher, is awarded Five Thousand One

Hundred Forty-five dollars in attorney fees under the Equal Access to Justice Act

("EAJA"). The attorney's fees will be paid directly to Plaintiff, Stephen H. Swisher,

and sent to the law offices of Plaintiff's counsel, Katherine L. Niven, Esquire. Full or

partial remittance of the awarded attorney fees will be contingent upon a

determination by the Government that Plaintiff owes no qualifying, pre-existing

debt(s) to the Government. If such a debt(s) exists, the Government will reduce the

awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).


/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania